UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY GREEN,

        Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant.

_____/

Case No. 1:09-cv-1061

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Hartford Life and Accident Insurance Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Hartford Life and Accident Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 23, 2010

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge