UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY GREEN,
        Plaintiff,

No. 1:09-cv-1061

-v-

HONORABLE PAUL L. MALONEY

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
        Defendant.

## JUDGMENT

Having affirmed the plan administrator's denial of benefits and having dismissed the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 1, 2010                                                                         /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                           Chief United States District Judge